AO 91 (Rev 8/01)     Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA

V.

**Rafael Morales**

United States District Court
Southern District of Texas
FILED

JUN 0 9 2016

Clerk of Court

## CRIMINAL COMPLAINT

Case Number:     M-16- ||o7 -M

IAE          YOB:     1984
the United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____**June 7, 2016**_____ in ___**Starr**___ County, in

the ___Southern___ District of ___Texas___
(Track Statutory Language of Offense)

**being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title ___8___ United States Code, Section(s) ___1326___ **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

**Rafael Morales was encountered by Border Patrol Agents near Rio Grande City, Texas on June 7, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on June 7, 2016, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 15, 2015, through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On January 29, 2015, the defendant was convicted of 8 USC 1326 Alien Unlawfully Found in the United States After Deportation, Having Previously Been Convicted of a Felony and was sentenced to sixteen (16) months confinement and three (3) years supervised release term.**

Continued on the attached sheet and made a part of this complaint:

Approved

[ ] Yes  [X] No

Sworn to before me and subscribed in my presence,

**June 9, 2016**

Signature of Complainant

**Francisco Armendariz    Senior Patrol Agent**

**Dorina Ramos**                    , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

Signature of Judicial Officer